Bradley J. Swingle, SBN 171535
Amanda J. Heitlinger, SBN 271469
Our File No. 10341
**ARATA, SWINGLE, VAN EGMOND & HEITLINGER**
**A Professional Law Corporation**
1207 "I" Street (95354)
Post Office Box 3287
Modesto, California 95353
Telephone: (209) 522-2211
Facsimile: (209) 522-2980
bswingle@arata-law.com

Attorneys for Defendants
CITY OF MODESTO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| EL CAM BEY AND NOBLE BERNIS EARL McGILL EL-BEY, | No. 2:19-cv-01745-TLN-DB |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS CITY OF MODESTO FROM ACTION AND ORDER** |
| v. | |
| DONNA LINDER, ET AL. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the City of Modesto shall be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear responsibility for its own attorney's fees and costs.

DATED: December 18, 2019

/S/
_____
El Cam Bay, Plaintiff

DATED: December 30, 2019

ARATA, SWINGLE, VAN EGMOND & HEITLINGER
A Professional Law Corporation

/S/
By_____
   Bradley J. Swingle
   Amanda J. Heitlinger
   Attorneys for the City of Modesto

-1-
STIPULATION TO DISMISS CITY OF MODESTO FROM ACTION AND ORDER

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: January 17, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO DISMISS CITY OF MODESTO FROM ACTION AND ORDER