UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL CAM BEY; NOBLE BERNIS EARL McGILL EL-BEY,<br><br>Plaintiff,<br><br>v.<br><br>DONNA LINDER; KRISTEN DePAUL; and CITY OF MODESTO,<br><br>Defendants. | No. 2:19-cv-01745-TLN-DB<br><br>**ORDER** |

Plaintiff is proceeding *pro se* with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 31, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 31, 2020 (ECF No. 28) are ADOPTED IN FULL;

2. Defendants' November 27, 2019 motion to dismiss (ECF No. 17) is GRANTED;

3. The amended complaint is DISMISSED without leave to amend; and

4. This action is closed.

DATED:  November 20, 2020

Troy L. Nunley
United States District Judge